Date: 12/27/10                                                                                        Page: 1

# DIVIDENDS REMITTED TO THE COURT

Check Number 3011 Dated 12/27/10
Case Number 08-11978 - LAMOUNTAIN JR, LEO P

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Albany Gastroenterology<br>1375 Washington Ave.<br>Albany, NY 12206 | 000002 | 455.53 | 1.20 |
| FDS BANK/MACYS<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | 000003 | 1,539.73 | 4.05 |
| eCAST Settlement Corporation<br>PO Box 7247-6971<br>Philadelphia, PA 19170-6971 | 000006 | 229.15 | 0.60 |
| Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | 000007 | 128.47 | 0.34 |
| B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000012 | 1,338.49 | 3.52 |
| eCAST Settlement Corporation assignee of<br>GE Money Bank JC Penney Consumer<br>POB 35480<br>Newark NJ 07193-5480 | 000013 | 266.31 | 0.70 |
| Cavalry Portfolio LLC<br>7 Skyline Drive, Third Floor<br>Hawthorne, NY 10532 | 000015 | 543.58 | 1.43 |
| EMERGENCY PHYS SVCS NY P.C.<br>c/o NCO Financial Systems,Inc<br>1804 Washington Blvd<br>DEPT500<br>Baltimore,MD 21230 | 000019 | 386.00 | 1.02 |
| Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | 000022 | 604.16 | 1.59 |
| Cavalry Portfolio LLC<br>7 Skyline Drive, Third Floor<br>Hawthorne, NY 10532 | 000023 | 615.66 | 1.62 |

2011 JAN -3 PM 1: 03
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY
REC'D & FILED

Printed: 12/27/10 11:33 AM  Ver: 16.01a

---------- Remittance Total ----------

6,107.08                    16.07

MARC S. EHRLICH, TRUSTEE

1/3/11